# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

145469

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WILLIAM H. BEDFORD, SR., CAROL
H. BEDFORD, MARY FRANCES
FALENDER, Trustee, FRAN FALENDER
TRUST, MARY S. VALLANCE FRANCO,
HARVARD W. VALLANCE, and
ELIZABETH J. VALANCE, Co-Trustees,
THEODORE R. VALLANCE TRUST,
JAMES T. BAKER, MARY L. BAKER,
ROBERT J. GARRISON, SUSAN A.
GARRISON and EB ALLEN COTTAGE,
L.L.C.,
          Plaintiffs-Appellants,

and

B. HARDY BEDFORD, SHARON BEDFORD,
MARY M. HOBAN, Trustee, MARY M.
HOBAN REVOCABLE LIVING TRUST,
          Plaintiffs,

v

JOAN YVONNE ROGERS, Trustee, JOAN
YVONNE ROGERS TRUST,
          Defendant-Appellee.

SC: 145469
COA: 299783
Benzie CC: 09-008746-CH

_____/

On order of the Court, the application for leave to appeal the April 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

t0917